

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Gus John Stevens

**DEFENDANTS**
I.R.S., C. Smith

**(b) County of Residence of First Listed Plaintiff** Will Co.
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Gus John Stevens 111 Cedarbend drive Romeoville Il. 60446
815-302-3098

Attorneys (If Known)

FILED
JUL 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## II. BASIS OF JURISDICTION
[ ] 1 U.S. Government Plaintiff
[X] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES

08CV4071
JUDGE LEFKOW
MAG. JUDGE KEYS

## IV. NATURE OF SUIT

(checkboxes — none marked except 890 Other Statutory Actions [X])

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Motion to Quash Tax Levy

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT:
DEMAND $ ____ JURY DEMAND: [ ] Yes [ ] No

## IX. This case
[X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number ____, previously dismissed by Judge ____

DATE: July 17, 2008
SIGNATURE OF ATTORNEY OF RECORD: /s/ Gus J. Stevens