

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** GUS J. STEVENS
(Please print)

**STREET ADDRESS:** 111 CEDAR BEND DRIVE

**CITY/STATE/ZIP:** ROMEOVILLE IL. 60446

**PHONE NUMBER:** 815-302-3098

**CASE NUMBER:** 08CV4071
JUDGE LEFKOW
MAG. JUDGE KEYS

_Gus J. Stevens_
Signature

July 17, 2008
Date

FILED
JUL 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT